IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROSANNA GRDINICH, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | NO. 10-4954 |
| | : | |
| v. | : | |
| | : | |
| PHILADELPHIA HOUSING AUTHORITY, et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |

## ORDER

AND NOW, this 23rd day of September, 2011, it is hereby ORDERED that:

1. Defendant Pasour's Motion to Dismiss (Docket No. 34) is GRANTED with prejudice as to Counts One and Two.

2. Defendant James's Motion to Dismiss (Docket No. 35) is GRANTED with prejudice as to Counts One and Two.

3. Defendant Zappile's Motion to Dismiss (Docket No. 36) is GRANTED with prejudice as to Counts One and Two.

4. Defendant Philadelphia Housing Authority's Motion to Dismiss (Docket No. 37) is GRANTED with prejudice as to Counts One and Two.

5. Defendant Greene's Motion to Dismiss (Docket No. 38) is GRANTED with prejudice as to Counts One and Two.

6. The Court declines to exercise supplemental jurisdiction over Count Three.

7. This action is dismissed. The Clerk of Court shall mark this case closed for all purposes, including statistics.

BY THE COURT:

/s/ C. Darnell Jones, II

_____
C. DARNELL JONES, II
UNITED STATES DISTRICT JUDGE